JANE H. CORK, Respondent, *v.* WILLIAM H. JONES et al., Appellants, Impleaded with THE CITY OF ROCHESTER.

*Cork* v. *Jones,* 81 Hun, 615, affirmed.
(Argued October 19, 1896; decided December 1, 1896.)

APPEAL from a judgment of the General Term of the Supreme Court in the fifth judicial department, entered October 23, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial made upon the minutes.

*Charles M. Williams* for appellants.

*Horace L. Bennett* for respondent.

Judgment affirmed, with costs ; no opinion.
All concur, except HAIGHT, J., not sitting.